**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: November 25, 2009**

**Docket Number: 09   00246-WCA**

**LUKE DELAHOUSSAYE**
**VERSUS**
**LIVE OAK GARDENS, LTD.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 07-01305**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Sylvia R. Cooks**
    **Hon. Oswald A. Decuir**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Luke Delahoussaye** has this day been

    **DENIED.**

cc: Michael J. Taffaro, Counsel for the Appellee